1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

### SAN JOSE DIVISION

11
12
13
14
15
16
17
18

| | |
|---|---|
| OSCAR ALAN MARTINEZ,<br><br>                    Petitioner,<br><br>        v.<br><br>ERIC HOLDER, Attorney General of the<br>United States, and others,<br><br>                    Respondents. | Case No. 14-cv-05253 NC<br><br>**ORDER GRANTING APPLICATION FOR ORDER TO SHOW CAUSE; ORDER TO RESPONDENTS TO SHOW CAUSE WHY PETITION FOR WRIT OF HABEAS CORPUS SHOULD NOT BE GRANTED; ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR STAY OF REMOVAL**<br><br>Dkt. Nos. 1, 4 |

19
20     Oscar Alan Martinez petitions this Court for a writ of habeas corpus under 28 U.S.C.
21 § 2242.  A court entertaining an application for  a writ of habeas corpus shall forthwith
22 award the writ or "issue an orer directing the respondent to show cause why the writ should
23 not be granted, unless it appears from the application that the applicant or person detained is
24 not entitled thereto."  28 U.S.C. § 2243.
25     In his petition, Martinez asserts that he is a citizen and national of Mexico and he is
26 presently being detained by U.S. immigration authorities at a facility in Elk Grove,
27 Califonia.  Dkt. No. 1 ¶ 7.  Martinez asserts that his detention is a violation of the
28 Immigration and Nationality Act and the Code of Federal Regulations.

1    The Court has considered the application and Martinez's response to the Court's

2  Order to Show Cause why the petition should not be dismissed for lack of jurisdiction.  Dkt.

3  No. 6.

4    In accordance with 28 U.S.C. § 2243, the Court orders the respondents to show cause

5  why the application for writ of habeas corpus should not be granted.  The response must

6  address whether this Court possesses subject matter jurisdiction to consider the application.

7  *See*  8 U.S.C. § 1252(b)(9).  The respondents' response is due December 18 at 5:00 p.m.;

8  Martinez may reply by December 19.  The Court will hear the matter on December 22,

9  2014, at 2:00 p.m. in the San Francisco federal courthouse, courtroom A, 15th Floor.

10    On the same briefing schedule, respondents must respond to Martinez's motion for

11  stay of removal.  Dkt. No. 4.

12    Finally, respondents must elect whether to consent to or decline the jurisdiction of a

13  magistrate judge under 28 U.S.C. § 636.  An election form is attached to this order.

14    The Court's deputy is directed to provide a copy of this order to Alex Tse, Chief of

15  the Civil Division, U.S. Attorney for the Northern District of California.

16    The briefing and hearing schedule may be modified by further court order.  The Court

17  encourages the parties to confer with each other and to propose an amended schedule if they

18  will be unable to comply with the schedule set by this order.

19    IT IS SO ORDERED.

20    Date: December 15, 2014

                                            Nathanael M. Cousins
21                                          United States Magistrate Judge

22

23

24

25

26

27

28