LAMAR PECKHAM
Attorney at Law
State Bar No. 121790
555 Sebastopol Rd., Ste. C
Santa Rosa, CA 95407

(707)527-8050

Attorney for Petitioner **OSCAR ALAN MARTINEZ**

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OSCAR ALAN MARTINEZ**,

                Petitioner,

      v.

ERIC HOLDER, Attorney General of the
United States, JEH JOHNSON, Secretary
of Homeland Security, TIMOTHY S. AITKEN,
San Francisco Field Office Director,  Office of
Enforcement and Removal Operations, ICE,
United States Immigration and Customs
Enforcement,

                Respondents.

_____/

No. 14-cv-05253-NC

Agency File No. A206 350 758

**MOTION TO DISMISS WITHOUT
PREJUDICE** AND ORDER

      Petitioner, OSCAR ALAN MARTINEZ, through his counsel, LAMAR PECKHAM, hereby moves the court to dismiss the Petition for Writ of Habeas Corpus filed in this proceeding, without prejudice, and pursuant to agreement of the parties herein, for the following reason. On December 27, 2014, petitioner filed a timely Petition for Review with the Ninth Circuit, at respondents' suggestion, rendering this petition moot.

Dated: December 30, 2014.

Dated: December 31, 2014

              Lamar Peckam
_____
LAMAR PECKHAM
Attorney for Petitioner
OSCAR ALAN MARTINEZ

GRANTED

Judge Nathanael M. Cousins

1 **CERTIFICATE OF SERVICE**
When All Case Participants are Registered for the
2 CM/ECF System

3 U.S. District Court Docket Number: 14-cv-05253-NC

4 I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the

5 United States District Court for the Northern District of California by using the CM/ECF system on

6 December 30, 2014

7 I certify that all participants in the case are registered CM/ECF users and that service will be

8 accomplished by the CM/ECF system.

9 I certify that all required privacy redactions have been made in this document.

10 I certify that this ECF submission was scanned for viruses by the commercial virus scanning

11 program Symantec Norton 360, most recently updated 12/29/14, and, according to the program is

12 free of viruses.

13

14 __/s/___Lamar Peckham_____
Attorney for Petitioner

15

16

17

18

19

20

21

22

23

24

25

26

27

28